**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 MAR -6  A 11: 48

CLERK'S O-
AT G

| | | |
|---|---|---|
| LINDA RAYE | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. RWT 08-2636 |
| | : | |
| C.S.D. L.L.C. | : | |
| and | : | |
| KEVIN J. KENNEDY | : | |
| and | : | |
| EXCEL PHYSICAL THERAPY, INC. | : | |
| and | : | |
| LISA A. SHORTER | : | |
| Defendants | : | |
| | : | |

---

**MOTION TO DISMISS DEFENDANTS C.S.D, L.L.C.,**
**AND KEVIN J. KENNEDY UNDER RULE 12(b)(6)**

**DEFENDANTS, C.S.D., L.L.C.** and Kevin J. Kennedy, by their attorney, C.

Michael Walls, hereby moves this court to dismiss them as Defendants in this case under

Federal Rules of Procedure, Rule 12(b)(6) for failure to state a claim upon which relief

can be granted, for the following reasons:

**FACTUAL ALLEGATIONS**

The Plaintiff has alleged violations of the Federal Debt Collection Practices Act,

the Maryland Consumer Debt Collection Act and Unfair and Deceptive Trade Practices

against these two Defendants.  She has alleged against all defendants intentional infliction of emotional distress, harassment and fraud.  Additional allegations have been made against Defendants, Excel Physical Therapy, Inc. and Lisa A. Shorter.

The allegations are based on a series of letters from the Defendant, C.S.D., L.L.C. to the Plaintiff.  Those letters are attached to the Plaintiff's Amended Complaint.  That Amended Complaint never alleges any individual acts on the part of the Defendant, Kevin J. Kennedy.  Mr. Kennedy is the signatory on the letters from C.S.D.,L.L.C. and is identified in the letters as the Manager of Collection Services for the D.S.D.,L.L.C. defendant.  By the Plaintiff's own pleadings, Mr. Kennedy is nothing more than an employee or, at best, an officer of the Defendant, C.S.D., L.L.C.

## LEGAL ARGUMENT

A.  The Defendants, C.S.D., L.L.C. and Kevin J. Kennedy, hereby adopt and incorporate herein by reference the allegations, arguments and claims for relief made in the Motion to Dismiss Defendants Excel Physical Therapy, Inc. and Lisa A. Shorter for Failure to State a Claim Upon Which Relief Can be Granted as they may pertain to them.

B.  The Defendant, Kevin J. Kennedy, is not individually liable to the Plaintiff for his conduct as an employee or officer acting within the scope of his employment and/or duties of the Defendant, C.S.D., L.L.C.  Plaintiff has not alleged any basis for Mr. Kennedy's personal liability in the Amended Complaint.

In *Pettit v. Retrieval Masters Creditors Bureau,* 211 F.3d 1057 (7th Cir.

2000), the court clearly stated that individuals, such as Mr. Kennedy, ". . . do

not become "debt collectors" simply by working for or owning stock in debt

collections companies. . ." at 1059.  The Fair Debt Collection Practices Act

uses the principal of vicarious liability. *Id.*, citing *Waddington v. Credit*

*Acceptance Corp.,* 76 F.3d 103, 108 (6th Cir. 1996).  The court went on to say

that individuals who do not otherwise meet the definition of "debt collector"

under the Act cannot be held liable and actions brought against such

individuals are frivolous and might well warrant imposition of sanctions.

*Pettit* at 1059, citing *White v. Goodman,* 200 F.3rd 1016, 1019 (7th Cir. 2000).

**WHEREFORE,** for the reasons stated herein, the Defendants, C.S.D, L.L.C. and

Kevin J. Kennedy, hereby requests that this court grant this Motion to Dismiss.

Respectfully submitted,

C. MICHAEL WALLS
Attorney for Plaintiff
Prince George Street Professional Center
329 Prince George Street
Laurel, MD 20707
Phone:  (310) 498-6691
Fax:  (301) 498-1855

## CERTIFICATE OF SERVICE

I hereby certify that on this _6 7H_ day of March, 2009, that I mailed first class,

postage prepaid, a copy of the foregoing Motion to Dismiss to:

Charles H. Bogino

Attorney for Plaintiff
10605 Concord Street
Suite 410
Kensington, Maryland 20895

And

Kevin M. Tracy and
Gregory R. Hislop
Attorneys for Defendants, Excel Physical Therapy, Inc.
And Lisa A. Shorter
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
888 Bestgate Road, Suite 304
Annapolis, Maryland 21401

_____
C. MICHAEL WALLS