**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LINDA RAYE,** | * |
| Plaintiff | * |
| v. | *  Case No.: RWT 08cv2636 |
| **C.S.C., LLC, *et al.*,** | * |
| Defendants. | * |

**MEMORANDUM OPINION AND ORDER**

On August 3, 2009, the Court conducted a hearing and granted Defendants C.S.D., LLC and Kevin Kennedy's Motion to Dismiss (Paper No. 10) and Defendants Excel Physical Therapy, Inc. and Lisa Shorter's Motion to Dismiss (Paper No. 14). *See* Paper No. 19. The Court also granted Plaintiff Linda Raye leave to file a second amended complaint within thirty days of the date of the order. *See id*.

Plaintiff has failed to file a second amended complaint within the time allotted or otherwise prosecute this case. Accordingly, it is this 25th day of February, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Amended Complaint (Paper No. 8) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, that a **JUDGMENT** for costs shall be entered in favor of Defendants against Plaintiff; and it is further

**ORDERED**, that the Clerk of Court is directed to close the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE